```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 04535
   JAMES F DOUGLAS JR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8348


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/28/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 04/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA   NOTICE ONLY     NOT FILED            .00            .00
SANTANDER CONSUMER USA     SECURED NOT I   15178.59             .00            .00
SANTANDER CONSUMER USA     UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         3940.25            .00            .00
NEW AGE CHICAGO FURNITUR   SECURED            500.00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           639.98            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           34.95            .00            .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00             .00            .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE   40000.00             .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED            .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED            .00            .00
CHASE                      UNSECURED       NOT FILED            .00            .00
CIT GROUP CONSUMER FINAN   UNSECURED       NOT FILED            .00            .00
CREDIT ONE BANK            UNSECURED       NOT FILED            .00            .00
PATHOLOGY CONSULTANT       UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
FREEMONT INVESTMENT & LO   UNSECURED       NOT FILED            .00            .00
FREEMONT INVESTMENT & LO   UNSECURED       NOT FILED            .00            .00
FIRST NATIONAL BANK        UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
HSBC BANK                  UNSECURED       NOT FILED            .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00            .00
RADIOLOGY PHYSICIANS       UNSECURED       NOT FILED            .00            .00
OPTION ONE MORTGAGE CO     UNSECURED       NOT FILED            .00            .00
PAYDAY LOAN .              UNSECURED       NOT FILED            .00            .00
CHICAGO CENTRAL EP         UNSECURED       NOT FILED            .00            .00
CHICAGO CENTRAL EP         UNSECURED       NOT FILED            .00            .00
THE LOAN MACHINE           UNSECURED          310.05            .00            .00
USA CREDIT                 UNSECURED       NOT FILED            .00            .00
GREGORY PARHAM             NOTICE ONLY     NOT FILED            .00            .00
MATTIE WALKER              NOTICE ONLY     NOT FILED            .00            .00
MARK PARHAM                NOTICE ONLY     NOT FILED            .00            .00
MARK PARHAM                NOTICE ONLY     NOT FILED            .00            .00
MARK PARHAM                NOTICE ONLY     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04535 JAMES F DOUGLAS JR
```

```
WASHINGTON MUTUAL HOME L  NOTICE ONLY    NOT FILED                   .00              .00
WASHINGTON MUTUAL HOME L  NOTICE ONLY    NOT FILED                   .00              .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED                   .00              .00
NEW AGE CHICAGO FURNITUR  UNSECURED        1586.90                   .00              .00
WASHINGTON MUTUAL         CURRENT MORTG        .00                   .00              .00
WASHINGTON MUTUAL         MORTGAGE ARRE   11000.00                   .00              .00
GLENDA J GRAY             DEBTOR ATTY          .00                                    .00
TOM VAUGHN                TRUSTEE                                                     .00
DEBTOR REFUND             REFUND                                                      .00

        Summary of Receipts and Disbursements:
 ---------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
 ---------------------------------------------------------------------
 TRUSTEE                       .00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                        .00
 TRUSTEE COMPENSATION                                  .00
 DEBTOR REFUND                                         .00
                          ---------------       ---------------
 TOTALS                        .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/18/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE